JS-6/ENTER

FILED
DEC 13 2012
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DANNY MCGEE OWENS,<br><br>   Petitioner,<br><br>   v.<br><br>LINDA SANDERS, WARDEN,<br><br>   Respondent. | Case No.  CV 12-5626-SJO (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the petition is dismissed without prejudice.

Dated: December 13, 2012.

*S. James Otero*
S. James Otero
United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
DEC 13 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY